**Gregory ESPARZA, Petitioner–
Appellee/Cross–Appellant,**

v.

**Betty MITCHELL, Warden, Respondent–Appellant/Cross–Appellee.**

**Nos. 00–4615, 01–3025.**

United States Court of Appeals,
Sixth Circuit.

Nov. 17, 2003.

Jeffry F. Kelleher, Cleveland, OH, Angela Wilson Miller, Columbus, OH, for Petitioner–Appellee/Cross–Appellant.

Paul L. Nelson, Federal Public Defenders Office, Grand Rapids, MI, David M. Porter, Sacramento, CA, for Amicus Curiae.

Charles L. Wille, Attorney General's Office of Ohio, Columbus, OH, for Respondent–Appellant/Cross–Appellee.

BEFORE: MERRITT, SUHRHEINRICH and DAUGHTREY, Circuit Judges.

## ORDER

Having received the Supreme Court's opinion decided November 3, 2003, in the above-entitled case which reverses and remands the case for "further proceedings consistent with this opinion," we hereby remand the case to the District Court for reconsideration in light of the Supreme Court's opinion.

Accordingly, it is so ORDERED.